NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CORNELL D.M. JUDGE CORNISH,**
*Plaintiff-Appellant,*

v.

**DAVID J. KAPPOS, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE, UNITED STATES PATENT AND TRADEMARK OFFICE, HARRY I. MOATZ, DIRECTOR, OFFICE OF ENROLLMENT AND DISCIPLINE, AND WILLIAM J. GRIFFIN, STAFF ATTORNEY, OFFICE OF ENROLLMENT AND DISCIPLINE,**
*Defendants-Appellees.*

---

2011-1041

---

Appeal from the United States District Court for the District of Columbia in case no. 07-CV-1719, Judge Richard W. Roberts.

---

ON MOTION

---

ORDER

Cornell D.M. Judge Cornish moves to correct his opening brief and for leave to file supplemental briefs. Cornish also moves for an extension of time to file a corrected reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion concerning the opening brief is granted to the limited extent that Cornish may file a corrected opening brief within 30 days of the date of filing of this order. Cornish may not file supplemental briefs. The motion concerning the reply brief is denied as moot. Cornish may not file a reply brief until after the appellees file their brief.

(2) The appellees should calculate their brief due date from the date of service of Cornish's corrected opening brief.

FOR THE COURT ·

JAN 2 1 2011

Date

cc: Cornell D.M. Judge Cornish
Raymond T. Chen, Esq.

s8

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 1 2011

JAN HORBALY
CLERK